FILED
CLERK, U.S. DISTRICT COURT

AUG 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: 14-1654m
                                )
            Plaintiff,          )
                                )
       vs.                      )   ORDER OF DETENTION AFTER HEARING
                                )   [Fed. R. Crim. P. 32.1(a)(6);
Carla Maria Solorio,            )    18 U.S.C. § 3143(a)]
                                )
            Defendant.          )
_____)

     The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Southern District of Calif. for alleged violation(s) of the terms and
conditions of his/her [probation] (supervised release); and

     The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

     The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by
           clear and convincing evidence that he/she is not likely to flee
           if released under 18 U.S.C. § 3142(b) or (c).  This finding is
           based on  unknown bail resources, ~~limited background~~

1   information, prior parole revocation, prior failure

2   to appear arrest, possible substance abuse, not

3   complying with conditions of release

4   and/or

5   B.   ( )  The defendant has not met his/her burden of establishing by

6        clear and convincing evidence that he/she is not likely to pose

7        a danger to the safety of any other person or the community if

8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9        on:_____

10       _____

11       _____

12       _____

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:  8/21/14                    _____

18                                      JEAN ROSENBLUTH
                                        U.S. MAGISTRATE JUDGE

2